IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARC NORFLEET,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERRY BENTON, DARWIN LEE RYKER, CHRISTINE BOYD, MS. CAMPENELLA, KENNETH BROWN, MARY B. LOFTIN, E. GRIFFIN, CECIL VAUGHN, B. BLEDSOE, PAMELA MORAN, SANDRA FUNK, EDWARD MCNEIL, and S.A. GODINEZ,<br><br>    Defendants. | Case No. 09-cv-347-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:**     March 22, 2013          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                **s/Deborah Agans, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**